**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Antwine Lamar Matthews, Appellant.

Appellate Case No. 2010-161726

———————

Appeal From Williamsburg County
Clifton Newman, Circuit Court Judge
And D. Craig Brown, Circuit Court Judge

———————

Unpublished Opinion No. 2012-UP-508
Submitted August 1, 2012 – Filed September 5, 2012

———————

**APPEAL DISMISSED**

———————

Appellate Defender Tristan M. Shaffer and Appellate
Defender Susan B. Hackett, both of Columbia; and
Antwine Lamar Matthews, pro se, for Appellant.

Attorney General Alan Wilson, Chief Deputy Attorney
General John W. McIntosh, Senior Assistant Deputy
Attorney General Salley W. Elliott, all of Columbia; and
Solicitor Ernest A. Finney, III, of Sumter, for
Respondent.

**PER CURIAM:** Dismissed[1] after consideration of appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**

**FEW, C.J., and WILLIAMS and PIEPER, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.